UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHERINE J. WOLFF**<br>           Plaintiffs,<br><br>     v.<br><br>**WELLS FARGO BANK, N.A.; AND EQUIFAX INFORMATION SERVICES, LLC,,**<br><br>           Defendants. | Case No. 4:20-cv-08260-YGR<br><br>**ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITHOUT PREJUDICE** |

On February 18, 2021, the parties notified the Court that plaintiff and defendant Equifax Information Services, LLC had reached a settlement agreement. (Dkt. No. 21.) On April 28, 2021, the parties submitted a stipulation to dismiss defendant Wells Fargo Bank. (Dkt. No. 27.) The Court thereafter set a compliance deadline for submission of a stipulation of dismissal or status statement regarding remaining defendant Equifax. (Dkt. No. 30.) No statement or dismissal having been filed thereafter issued it May 21, 2021 Order giving plaintiff additional time to file and warning that failure to do so by June 11, 2021 may result in dismissal for failure to prosecute. (Dkt. No. 31.) No further filings were made by that deadline.

Therefore, the Court Orders that defendant Equifax Information Services, LLC is Dismissed Without Prejudice for failure to prosecute.

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: **June 17, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**